O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVE W. METZGER,                    )      CASE NO. SA CV 14-01360 RZ
                                     )
                    Plaintiff,       )
                                     )      JUDGMENT
          vs.                        )
                                     )
CAROLYN W. COLVIN,                   )
Acting Commissioner of Social Security,  )
                                     )
                    Defendant.       )
_____)

      In accordance with the Memorandum Opinion and Order filed concurrently herewith,

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

      DATED:    April 16, 2015

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE